# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| ERSTE-SPARINVEST KAPITALANLAGEGESELLSCHAFT m.b.H., Derivatively on Behalf of Cardinal Health, Inc., <br><br> Plaintiff, <br><br> v. <br><br> DAVID J. ANDERSON *et al.*, <br><br> Defendants, <br><br> - and - <br><br> CARDINAL HEALTH, INC., an Ohio corporation, <br><br> Nominal Defendant. | Case No. 2:15-cv-320 <br><br> Judge Algenon L. Marbley <br><br> Magistrate Judge Elizabeth Preston Deavers |

## ORDER

For good cause shown, the Court orders as follows:

1. Plaintiff shall file its opposition to defendants' motion to dismiss (Doc. # 10) no later than June 22, 2015;

2. Defendants shall file any reply in support of the motion to dismiss no later than July 13, 2015; and

3. The preliminary pretrial conference scheduled for June 9, 2015 (Doc. # 11) is hereby cancelled.

**IT IS SO ORDERED.**

*[signature]*
UNITED STATES MAGISTRATE JUDGE