# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| ERSTE-SPARINVEST KAPITALANLAGEGESELLSCHAFT m.b.H., Derivatively on Behalf of Cardinal Health, Inc., | Case No. 2:15-cv-320 |
| Plaintiff, | Judge Algenon L. Marbley |
| v. | Magistrate Judge Elizabeth Preston Deavers |
| DAVID J. ANDERSON *et al.*, | |
| Defendants, | |
| - and - | |
| CARDINAL HEALTH, INC., an Ohio corporation, | |
| Nominal Defendant. | |

## ORDER REGARDING VOLUNTARY DISMISSAL

Pursuant to the Stipulation for Voluntary Dismissal, this Court hereby approves the voluntary dismissal of this action without prejudice and without notice.

IT IS SO ORDERED.

Dated: July 7, 2015

UNITED STATES DISTRICT JUDGE